**Order entered October 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01009-CV

**TED STAUFFER, Appellant**

**V.**

**JANE T. NICHOLSON, Appellee**

**On Appeal from the Collin County Probate**
**Collin County, Texas**
**Trial Court Cause No. PB1-0842-2012**

## ORDER

We **GRANT** appellee's October 23, 2013 unopposed motion for an extension of time to

file a brief. Appellee shall file her brief on or before November 15, 2013.

/s/    ELIZABETH LANG-MIERS
        JUSTICE